UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

KAMEL PRUDE,

                        Plaintiff

-against-

LOGISTICS ONE TRANSPORT, INC.,

                       Defendant

STIPULATON OF DISCONTINUANCE AND ORDER OF DISMISSAL

Civil Case No.1:20-cv00674 (DNH/ATB)

---

      Plaintiff Kamel Prude and Defendant Logistics One Transport, Inc., hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated:  December 6, 2022

                                    BY: John D. Aspland, Jr., Esq.
                                    Bar Roll #512134
                                    Attorneys for Plaintiff

Dated:  December 6, 2022

                                    BY: Robert F. Manfredo, Esq.
                                    Bar Roll #515487
                                    Attorneys for Defendant

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated:

IT IS SO ORDERED:

David N. Hurd
U.S. District Judge

Dated: 12-13-2022